UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| STEPHANIE O'CONNOR, | CASE NO.  3:11-CV-0915-LRH-VPC |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: APRIL 6, 2012 |
| BANKUNITED, et al., | |
| Defendant(s). | |

PRESENT: <u>VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>Lisa Mann</u>    Reporter: <u>FTR</u>

Counsel for Plaintiff(s): <u>Stephanie O'Connor, In Pro Per</u>

Counsel for Defendant(s): <u>Kevin Soderstrom (telephonically)</u>

PROCEEDINGS: **CASE MANAGEMENT CONFERENCE**

2:00 p.m. Court convenes.

    The Court addresses the parties regarding the purpose of this hearing.

    The Court notes that the parties are not in compliance with the Case Management Order (#26), as no joint case management report has been filed.

    Having heard from the parties and good cause appearing, the Court finds as follows:

    **1.**    **Plaintiff as a Self-Represented Litigant**

    Plaintiff advises the Court that she is unfamiliar with the pleadings prepared on her behalf by her mother, Marilyn O'Connor.  The Court expects that anything filed by the plaintiff shall be prepared by the plaintiff.

    **2.**    **Joint Case Management Report**

    Plaintiff shall confer with Mr. Soderstrom, and the parties shall submit a joint case management report, in accordance with the Court's order (#26), no later than **Friday, April 13, 2012**.  If the defendants wish to stay discovery, the reasons for doing so must be outlined in the joint case management report or in a separate motion.

O'Connor v. BankUnited, et al.
3:11-cv-0915-LRH-VPC
April 6, 2012
Page 2

    3.    **Motion to Strike Answer to Complaint (#31)**

The Motion to Strike Answer to Complaint is **DENIED**, in accordance with the Court's findings as set forth on the record.

IT IS SO ORDERED.

2:41 p.m.  Court adjourns.

    LANCE S. WILSON, CLERK

    By:   /s/
    Lisa Mann, Deputy Clerk