|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

STEPHANIE O'CONNOR,

    Plaintiff,

v.

NATIONAL DEFAULT SERVICING CORPORATION; et al.,

    Defendants.

3:11-cv-0915-LRH-VPC

<u>ORDER</u>

This is an order of dismissal for pro se plaintiff Stephanie O'Connor's ("O'Connor") failure to file an amended complaint as required by the court's order granting defendant BankUnited, FSB's ("BankUnited") motion to dismiss (Doc. #27[1]). Doc. #48.

In April 2005, O'Connor purchased real property through a mortgage note and deed of trust executed by BankUnited. O'Connor defaulted on the property and defendants initiated non-judicial foreclosure proceedings.

Subsequently, O'Connor filed a complaint for wrongful foreclosure against defendants. Doc. #1, Exhibit 2. In response, defendant BankUnited filed a motion to dismiss (Doc. #27) which was granted by the court (Doc. #48). However, as O'Connor was representing herself pro se, the court granted her thirty (30) days leave to file an amended complaint. *See* Doc. #48.

---

[1] Refers to the court's docket entry number.

O'Connor's amended complaint was due on June 30, 2012. As of the filing of this order, O'Connor has failed to comply with the court's order and file an amended complaint. O'Connor's failure shows an unwillingness to continue litigating this action. Therefore, the court shall dismiss plaintiff's action in its entirety without prejudice.

IT IS THEREFORE ORDERED that the present action, case no. 3:11-cv-0915-LRH-VPC, is DISMISSED without prejudice. The clerk of court shall enter judgment in favor of defendants and against plaintiff.

DATED this 27th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2