AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF    NEVADA

STEPHANIE O'CONNOR,

   Petitioner,

V.

NATIONAL DEFAULT SERVICING
CORPORATION  et al.,

   Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-CV-00915-LRH-VPC**

___  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**_X_**  **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.  Judgment is entered in favor of defendants and against plaintiff.

July 30, 2012               **LANCE S. WILSON**
                       Clerk

                       M. Campbell
                       Deputy Clerk