AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*           DISTRICT OF   NEVADA

STEPHANIE O'CONNOR,

      Petitioner,

V.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: **3:11-CV-00915-LRH-VPC**

NATIONAL DEFAULT SERVICING CORPORATION et al.,

      Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice. Judgment is entered in favor of defendants and against plaintiff.

July 30, 2012

**LANCE S. WILSON**
Clerk

M. Campbell
Deputy Clerk