1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8                                          * * *
                                          )
9    STEPHANIE O'CONNOR,                   )
                                          )
10                    Plaintiff,           )          3:11-cv-0915-LRH-VPC
                                          )
11   v.                                    )
                                          )          ORDER
12   NATIONAL DEFAULT SERVICING            )
     CORPORATION; et al.,                  )
13                                         )
                      Defendants.          )
14   _____ )

15       Before the court is defendant BankUnited, FSB's ("BankUnited") motion to expunge lis

16   pendens. Doc. #57.[1] Plaintiff Stephanie O'Connor ("O'Connor") did not file an opposition.

17       In April 2005, O'Connor purchased real property through a mortgage note and deed of trust

18   executed by BankUnited. O'Connor defaulted on the property and defendants initiated non-judicial

19   foreclosure proceedings. Subsequently, O'Connor filed a complaint for wrongful foreclosure

20   against defendants. Doc. #1, Exhibit 2. In response, defendant BankUnited filed a motion to

21   dismiss (Doc. #27) which was granted by the court (Doc. #48). Thereafter, BankUnited filed the

22   present motion to expunge lis pendens. Doc. #57.

23       The failure of an opposing party to file points and authorities in response to any motion

24   shall constitute a consent to the granting of the motion under LR 7-2(d). Moreover, the court finds

25

26
_____
         [1] Refers to the court's docket entry number.

that defendant's motion to expunge lis pendens is warranted based on the court's July 30, 2012 order of dismissal. Doc. #49. Accordingly, the court shall grant defendant's motion to expunge lis pendens.

IT IS THEREFORE ORDERED that defendant's motion to expunge lis pendens (Doc. #57) is GRANTED. Defendant BankUnited, FSB shall have ten (10) days to submit an appropriate proposed order expunging the lis pendens and submit the same for approval and signature.

DATED this 27th day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE