UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

STEPHANIE O'CONNOR,

   Plaintiff,    3:11-cv-0915-LRH-VPC

v.

          ORDER

NATIONAL DEFAULT SERVICING
CORPORATION; et al.,

   Defendants.

   Before the court is defendant BankUnited, FSB's ("BankUnited") motion to expunge lis pendens. Doc. #57.[1] Plaintiff Stephanie O'Connor ("O'Connor") did not file an opposition.

   In April 2005, O'Connor purchased real property through a mortgage note and deed of trust executed by BankUnited. O'Connor defaulted on the property and defendants initiated non-judicial foreclosure proceedings. Subsequently, O'Connor filed a complaint for wrongful foreclosure against defendants. Doc. #1, Exhibit 2. In response, defendant BankUnited filed a motion to dismiss (Doc. #27) which was granted by the court (Doc. #48). Thereafter, BankUnited filed the present motion to expunge lis pendens. Doc. #57.

   The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion under LR 7-2(d). Moreover, the court finds

---

[1] Refers to the court's docket entry number.

that defendant's motion to expunge lis pendens is warranted based on the court's July 30, 2012 order of dismissal. Doc. #49. Accordingly, the court shall grant defendant's motion to expunge lis pendens.

    IT IS THEREFORE ORDERED that defendant's motion to expunge lis pendens (Doc. #57) is GRANTED. Defendant BankUnited, FSB shall have ten (10) days to submit an appropriate proposed order expunging the lis pendens and submit the same for approval and signature.

    DATED this 27th day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE