UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

STEPHANIE O'CONNOR,

   Plaintiff,     3:11-cv-0915-LRH-VPC

v.

            ORDER

NATIONAL DEFAULT SERVICING
CORPORATION; et al.,

   Defendants.

   The court having, on September 30, 2013, issued its Order (#58)[1] granting Defendant's Motion to Expunge Lis Pendens (#57), and good cause appearing,

   IT IS THEREFORE ORDERED that the notice of lis pendens recorded with the Washoe County Recorder on October 31, 2011, as Doc. # 4054360 against the real property commonly known as 8920 Red Baron Boulevard, Reno, Nevada, APN: 554-191-10 be, and hereby is, CANCELLED and EXPUNGED from the records of the Washoe County Recorder.

   DATED this 9th day of October, 2013.

                  _____
                  LARRY R. HICKS
                  UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docket entry number.