UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHANIE O'CONNOR,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION; et al.,<br><br>    Defendants. | 3:11-cv-0915-LRH-VPC<br><br>ORDER |

The court having, on September 30, 2013, issued its Order (#58)[1] granting Defendant's Motion to Expunge Lis Pendens (#57), and good cause appearing,

IT IS THEREFORE ORDERED that the notice of lis pendens recorded with the Washoe County Recorder on October 31, 2011, as Doc. # 4054360 against the real property commonly known as 8920 Red Baron Boulevard, Reno, Nevada, APN: 554-191-10 be, and hereby is, CANCELLED and EXPUNGED from the records of the Washoe County Recorder.

DATED this 9th day of October, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docket entry number.